UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR182 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DEMETRIUS WASHINGTON | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **DEMETRIUS WASHINGTON** in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: February 24, 2009

Frank D. Whitney
United States District Judge